**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-7120

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MARCELLUS JAMES FENNELL, JR.,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Dever III, District Judge.  (7:08-cr-00077-D-1)

Submitted:  September 28, 2023                    Decided:  October 2, 2023

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marcellus James Fennell, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcellus James Fennell, Jr., appeals the district court's order denying his motion for a sentence reduction under § 404(b) of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222.  After reviewing the record, we conclude that the district court did not abuse its discretion in denying a sentence reduction.  *See Concepcion v. United States*, 142 S. Ct. 2389, 2404-05 (2022) (explaining standard).  Accordingly, we affirm the district court's order.  *United States v. Fennell*, No. 7:08-cr-00077-D-1 (E.D.N.C. Apr. 16, 2020).[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] This appeal was held in abeyance for *United States v. Stokes*, No. 20-6021, 2023 WL 5014095 (4th Cir. Aug. 7, 2023).